[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

VIRGIL GIPSON

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SPIRO GIORGAKIS
JAMES DUNBAR
DONALD SHELTON
EDITH CRIBLER
CATHY SMITH
CHERYL HINTHORNE

(Enter above the full name of ALL
defendants in this action. __Do not__
use "et al.")

RECEIVED SMB
3/28/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE PALLMEYER
MAGISTRATE JUDGE COX

23CV1983      PC 2

RANDOM
PC SCAN

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

_____ ✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: VIRGIL GIBSON

B. List all aliases: POLO

C. Prisoner identification number: K92905

D. Place of present confinement: ILLINOIS RIVER

E. Address: P.O. BOX 999 CANTON, IL 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: SPIRO GIORGAKIS

Title: PAROLE/M.S.R AGENT

Place of Employment: 8007 S. COTTAGE GROVE Chicago, IL 60619

B. Defendant: JAMES DUNBAR

Title: PAROLE/M.S.R. AGENT SUPERVISOR

Place of Employment: 8007 S. COTTAGE GROVE Chicago, IL 60619

C. Defendant: DONALD Shelton

Title: PRISONER REVIEW BOARD MEMBER

Place of Employment: 319 E. MADISON SPRINGFIELD, IL 62701

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

  A. Name: VIRGIL GIBSON

  B. List all aliases: Polo

  C. Prisoner identification number: K82905

  D. Place of present confinement: ILLINOIS RIVER

  E. Address: P.O. BOX 999 CANTON, IL 61520

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

  (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: EDith CRiGleR

  Title: PRisoNER REViEW BOARD CHAIRMAN

  Place of Employment: 319 E. MADisoN SPRiNGfiELD, IL 62701

  B. Defendant: CATHy SMith

  Title: RECORDS OFFICER / CLERK ILLINOIS RiVER CORRECTIONAL CENTER

  Place of Employment: 1300 W. LOCUST ST CANTON, IL 61520

  C. Defendant: Cheryl HiLThORNE

  Title: WARDEN ILLINOIS RiVER CORRECTIONAL CENTER

  Place of Employment: 1300 W. LOCUST ST CANTON, IL 61520

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                                     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _VIRAIL GIBSON v. SHERIFF DART_

B.  Approximate date of filing lawsuit: _2014 - 2015_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _VIRGIL GIBSON_

D.  List all defendants: _SHERIFF DART DEPUTY HASTIG H/A_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _FEDERAL NORTHERN ILLINOIS_

F.  Name of judge to whom case was assigned: _N/A_

G.  Basic claim made: _EXCESSIVE FORCE_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _SETTLEMENT_

I.  Approximate date of disposition: _2015 - 2016_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                                     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.  Name of case and docket number: _VIRGIL GIPSCH U.S. BURG_

B.  Approximate date of filing lawsuit: _2014 - 2015_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _VIRGIL GIPSCH_

D.  List all defendants: _BURG, City of chicago, other POLICE OFFICERS_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _FEDERAL NORTHERN DISTRICT ILLINOIS_

F.  Name of judge to whom case was assigned: _N/A_

G.  Basic claim made: _FALSE ARREST_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _SETTLEMENT_

I.  Approximate date of disposition: _2015 - 2016_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                    Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9-11-22 DURING A SCHEDULED VISIT MY PAROLE AGENT SPIRO GIORGAKIS ASKED ME ABOUT A physical ALTERCATION THAT TOOK place IN OSHKOSH, WI. AND I WAS ALLEGED TO beINVOLVED by THE VICTIM AND THE ALLEGED VICTIM DID NOT file ANY CRIMINAL CHARGES. I MADE MY AGENT AWARE THAT I WAS IN THAT TOWN VISITING FRIENDS AND MY child THAT I REQUESTED TO GO SEE ON MY 8-15-22 VISIT With him Which he VERBALLY APPROVED for 8-27-22 TO 8-29-22. I also MADE him AWARE THAT I HAD NOTHING TO DO With THE ALTERCATION THAT TOOK place AND THAT simply being IMPLICATED IN A CRIME AND OR MERELY being A SUSPECT IN AN INVESTIGATION THAT YEILDED NO ARREST IS NOT A VIOLATION of MY PAROLE/M.S.R. ESPECIALLY WHERE THE ALLEGED VICTIM DID NOT file A CRIMINAL COMPLAINT. MY AGENT ACKNOWLEDGED AND AGREED THAT THERE WAS NO VIOLATION OF MY PAROLE/M.S.R., UNDERSTANDING THAT INDIVIDUALS

4                                                          Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

ON PAROLE/M.S.R ARE IMPLICATED OR SUSPECTED OF CRIMES DAILY AND THAT IS NO BASES TO VIOLATE AN INDIVIDUALS PAROLE FOR BEING UNDER INVESTIGATION. THE SUBJECT MATTER CHANGED TO ENROLLING IN SUBSTANCE ABUSE TREATMENT, I MADE MY AGENT AWARE THAT I HAD AN EMAIL FROM MY FORMER WISCONSIN PAROLE OFFICE WITH MY PRIOR TREATMENT INFORMATION. MY AGENT REVIEWED THE EMAIL AND ACCEPTED MY PRIOR TREATMENT PARTICIPATION, I TOLD MY AGENT THAT I CONTACTED THE TREATMENT FACILITY AND REQUESTED MY RECORDS TO PROVIDE TO him. I WAS TOLD by MY AGENT THAT I WAS IN COMPLIANCE WITH MY PAROLE CONDITIONS AND WAS ALLOWED TO LEAVE THE MEETING bUT REMINDED TO DO MY Phone call check IN. ON 9-13-22 MY AGENT PLACED A WARRENT OUT for MY ARREST AND I WAS ARRESTED ON 9-17-22 for A violation of MY PAROLE CONDITIONS. ON 9-27-22 I RECEIVED A COPY of MY violATION

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

REPORT THAT WAS SIGNED by MY AGENT AND SUPERVISOR JAMES DUNBAR. THE REPORT ALLEGED THAT I VIOLATED PAROLE CONDITIONS 1 & 8 IN THAT WHILE OUT OF STATE WITHOUT APPROVAL I VIOLATED A CRIMINAL STATUTE. THE CONDITION VIOLATIONS WERE BASED ON THE ALLEGED INVOLVEMENT IN THE physical ALTERCATION THAT I WAS ASKED ABOUT ON 9-11-22. I WAS NOT QUESTIONED, DETAINED OR ARRESTED by POLICE FOR NO CRIME OR FOR THE ALLEGED PHYSICAL ALTERCATION THAT TOOK PLACE AND MY AGENT WAS AWARE THAT I WAS OUT of STATE. THE REPORT ALSO ALLEGED I VIOLATED CONDITION 16 NON-COMPLIANCE WITH TREATMENT FOR I DID NOT GO WHERE HE REFERRED ME TO, but MY AGENT REVIEWED THE DOCUMENTS OF MY TREATMENT PARTICIPATION AND DID NOT ORDER ME TO ENTER TREATMENT WHERE HE REFERRED. MY AGENT AND his SUPERVISOR HAD ME ILLEGALLY SEIZED, FALSELY ARRESTED & IMPRISONED by INITIATING baseless VIOLATIONS OF PAROLE WHICH IS AN ACT of OFFICAL MISCONDUCT.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On 11-7-22 I had my PAROLE REVOCATION hearing by Board Member Donald Shelton. I AGAIN STATED I did not violate the conditions outlined in the IL COMP STATUTE, the plain language as it was written by the legislator and to be interpretated as law, is that I not violate a criminal statute and there is no arrest report or citation or charging document stating a criminal statute that I violated, that being a suspect in a crime is not a violation. I also stated that my agent verbally approved for me to be out of state, and that I provided documents via email to my agent regarding treatment that he reviewed and accepted. Donald Shelton concluded there was no popoliderence of the evidence therefore no condition violations 1 3 5 and given 30 days to provide him with the treatment participation documents, I was told by Mr. Shelton that I would be released once he gets the documents and I provided the documents after I received the boards

5

Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SIGNED ORDER ON 11-9-22 STATING IT'S CONCLUSION OF NO POPONDERENCE OF THE EVIDENCE ON THE ALLEGED CONDITION VIOLATIONS ON 11-17-22 MR. SHELTON REVISITED A SIGNED FINAL DECISION ORDER AND FOUND A POPONDERENCE OF EVIDENCE THUS VIOLATING MY PAROLE. THERE WAS NO NEW EVIDENCE NOR WAS I PRESENT TO DEFEND. THIS REVISITING IS AN ERROR IN PROCEDURE AND LAW. I MADE THE BOARDS CHAIRMAN AWARE OF THE VARIOUS ERRORS AND MISCARRAGE OF LAW AND VIOLATIONS OF MY AMENDMENTS by filing AN APPEAL TO CHAIRMAN EDITH CRIGLER WITHIN THE REQUIRED TIMELINE. THE BOARD AGAIN VIOLATED PROCEDURE by NOT PROCESSING MY APPEAL IN THERE REQUIRED TIMELINE CAUSING DELAY AND DENIED MY REQUEST FOR DEFAULT JUDGEMENT WHICH I WAS ENTITLED TO. SO I REFILED MY APPEAL TO THE CHAIRMAN. I EXPLAINED ALL THE ERRORS IN LAW AND PROCEDURE, THAT THE BOARD MADE AN ARBITRARY AND CAPRICIOUS DECISION, THAT TO VIOLATE MY PAROLE FOR THE CONDITION(S) STATED IN STATUTE WILL BE OUTSIDE THE LANGAGE OF THE STATUTE. THE BOARD AND IT'S CHAIRMAN HAS DONE THE ACTS OF MALICIOUS PROSECUTION WRONGFUL INCARCERATION/IMPRISIONMENT, DUE PROCESS VIOLATION, DELIBERENT INDIFERENCE, OFFICAL MISCONDUCT AND AMENDMENT VIOLATIONS.

I wrote Cathy Smith from the records department in Illinois River C.C. and requested my M.S.R be recalculated because it was calculated at 85%. On 3-7-23 she responded that my sentence was at 85% therefore it makes my M.S.R. recommitment at 85%. I wrote her again as well as Warden Hinthorne and made them aware of the controlling statute that states the rules and regulations for sentence credit as well as the difference in the imprisonment term and M.S.R term. I quoted the statute to them that states my recommitment is to be calculated at 50% and if done so will bring about my immediate release. I was not replied to so I wrote a grievance on the issue of the conduct of Cathy Smith and requested the exact policy or statute that states my recommitment is to be calculated at 85% and over rides the statute of the rules and regulations that exactly says my recommitment is to be calculated at 50%, It was denied and no reply on my appeal of it. Ms. Smith and Hinthorne has violated my due process and liberty rights, deliberate indifference, offical misconduct, unlawful restraint

7

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$50,000.00 AWARD TO ME FOR LOSS OF WAGES - LOSS OF PROPERTY - PAIN AND SUFFERING FROM PHYSICAL, MENTAL AND EMOTIONAL ABUSE, UNLAWFUL RESTRAINT, EXCESSIVE INCARCERATION

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28th day of March, 2023

_____
(Signature of plaintiff or plaintiffs)

VIRGIL GIBSON
(Print name)

K92905
(I.D. Number)

ILLINOIS RIVER CC
P.O. BOX 999
CANTON, IL 61520
(Address)

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Revised 9 2007